UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| GARCIA, MANUEL A | § | Case No. 15-14313 |
| GARCIA, ANGIE M | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/22/2015. The undersigned trustee was appointed on 04/23/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 152,185.57 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 0.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 152,185.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/06/2015 and the deadline for filing governmental claims was 11/06/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $3,526.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $3,526.54, for a total compensation of $3,526.54. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $9.00 for total expenses of $9.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :   06/15/2018            By :   /s/ Elizabeth C. Berg
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-14313 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | GARCIA, MANUEL A | | | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| | GARCIA, ANGIE M | | | 341(a) Meeting Date: | 06/01/2015 |
| For Period Ending: | 06/15/2018 | | | Claims Bar Date: | 11/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Cash | 300.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Chase Bank ending in 9693 | 300.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. 2013 Ford Escape (28,000 Miles) | 20,000.00 | 0.00 | | 0.00 | FA |
| 5. Potential interest in proceeds of wrongful death lawsuit filed on behalf of the estate of son (u) | Unknown | Unknown | | 152,185.57 | FA |
| 6. Global Life Insurance Policy (u) | 2,699.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 25,299.00 | 0.00 | | 152,185.57 | 0.00 |

Re Prop. #5   Trustee discovered that Mr. Garcia had a claim for distribution rights as next of kin in a wrongful death action pending in Tennessee.  Debtor's right to receive a portion of the settlement proceeds is in dispute.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 12, 2018: Robin filed a counter-claim to Manuel's complaint and Manuel responded.  In May 2018, the Tennessee state court entered an agreed order whereby, among other things, Manuel was awarded gross proceeds of $152,185.57 ("Settlement Funds").  Trustee verified all outstanding claims asserted against Manuel in connection with the Tennessee state court case (i.e. court costs and Manuel's attorneys' fees) ("Non-Estate Claims").  Ultimately, Trustee determined that the Non-Estate Claims are not valid against the Estate.  Trustee recovered Settlement Funds and prepared her final report.

September 30, 2017: Debtor (Manuel Garcia) objected to Trustee's proposed settlement, motion to settle stayed and automatic stay is modified to permit Manuel and ex-spouse (Robin) to litigate the issue of Manuel's entitlement to recovery from wrongful death proceeds awarded by Tennessee trial court.  Trustee has reviewed Manuel's complaint for declaratory judgment in Tennessee state court proceeding and continues to monitor.  Robin answered Manuel's complaint.  No trial date has been set.

July 3, 2017: Plaintiff, mother of next-of-kin decedent settled wrongful death lawsuit for approximately $850,000; plaintiff disputes Debtor's right to receive portion of settlement proceeds and offered to settle with Trustee for 100% of all bankruptcy claims; Trustee has filed motion to approve settlement and anticipates Debtor will object and seek permission to litigate extent of his interest in TN

October 6, 2016:  Trustee continues to monitor wrongful death action pending in Tennessee.  Jury trial is scheduled for May 2017.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-14313 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | GARCIA, MANUEL A | | | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| | GARCIA, ANGIE M | | | 341(a) Meeting Date: | 06/01/2015 |
| For Period Ending: | 06/15/2018 | | | Claims Bar Date: | 11/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**July 5, 2016:** Trustee continues to monitor wrongful death action.

**October 9, 2015:** Following the creditors' meeting, the Trustee investigated Mr. Garcia's claim for survivor benefits in the wrongful death claim of Debtor's son which is pending in Tennessee as a result of an automobile accident ("Wrongful Death Claim"). Trustee asserted the Estate's interest in the Debtor's right as next of kin in the Wrongful Death Claim; Trustee consults with counsel for the wrongful death representative and is monitoring the Tennessee case.

**Initial Projected Date of Final Report(TFR) :** 12/31/2017       **Current Projected Date of Final Report(TFR) :** 12/31/2018

| **Trustee's Signature** | /s/Elizabeth C Berg | **Date:** | 06/15/2018 |
|---|---|---|---|
| | Elizabeth C Berg | | |
| | 20 N. Clark St., Suite 200 | | |
| | Chicago, IL 60602 | | |
| | Phone : (312) 726-8150 | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-14313 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | GARCIA, MANUEL A | Bank Name: | Texas Capital Bank |
| | GARCIA, ANGIE M | Account Number/CD#: | ******5393 Checking Account |
| Taxpayer ID No: | **-***0288 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 6/15/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/12/2018 | [5] | Richard R. Rooker, Circuit Court Clerk<br>1 Public Square, Room 302<br>PO Box 196303<br>Nashville, TN 37219 | Proceeds from Survivor's Benefit from Wrongful Death Lawsuit - In re: Garcia, Manuel Jr. 17C2044 (TN) | 1249-000 | 152,185.57 | | 152,185.57 |
| | | | | Page Subtotals | 152,185.57 | 0.00 | |

|  |  |  |
| --- | --- | --- |
| **COLUMN TOTALS** | 152,185.57 | 0.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 152,185.57 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 152,185.57 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| All Accounts Gross Receipts: | 152,185.57 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Disbursements: | 0.00 | ******5393 Checking Account | 152,185.57 | 0.00 | |
| All Accounts Net: | 152,185.57 | **Net Totals** | 152,185.57 | 0.00 | 152,185.57 |

UST Form 101-7-TFR (5/1/2011) (Page 5)   **Exhibit B**

Case: 15-14313
GARCIA, MANUEL A
GARCIA, ANGIE M

Case 15-14313   Doc 39   Filed 06/21/18   Entered 06/21/18 09:48:59   Desc Main
Document   Page 6 of 9

EXHIBIT C

EXHIBIT C Page 1

| Claim No. | Creditor | UTC | PAY SEQ. | Allowed | Paid to Date | Prop. Payment Prop. Interest (i) | Total Proposed Payment | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Amount to Disburse | | 152,185.57 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago IL 60602 | 2100-000<br>ADMIN | 100 | 3,526.54 | 0.00 | 3,526.54 | 3,526.54 | 148,659.03 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago IL 60602 | 2200-000<br>ADMIN | 100 | 9.00 | 0.00 | 9.00 | 9.00 | 148,650.03 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago IL 60602 | 3110-000<br>ADMIN | 100 | 10,080.00 | 0.00 | 10,080.00 | 10,080.00 | 138,570.03 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago IL 60602 | 3120-000<br>ADMIN | 100 | 36.60 | 0.00 | 36.60 | 36.60 | 138,533.43 |
| ADMINISTRATIVE TOTAL 100 % | | | | 13,652.14 | 0.00 | 13,652.14 | 13,652.14 | |
| 1 | American InfoSource LP<br>as agent for TD Bank, USA<br>P. O. Box 248866<br>Oklahoma City OK 73124-8866 | 7100-000<br>UNSEC | 710 | 444.15 | 0.00 | 444.15<br>3.39 (i) | 447.54 | 138,085.89 |
| 2 | Capital One Bank<br>c/o American InfoSource LP<br>P.O. Box 71083<br>Charlotte NC 28272-1083 | 7100-000<br>UNSEC | 710 | 383.12 | 0.00 | 383.12<br>2.93 (i) | 386.05 | 137,699.84 |
| 3 | Capital One Bank<br>P. O. Box 71083<br>Charlotte NC 28272-1083 | 7100-000<br>UNSEC | 710 | 1,087.72 | 0.00 | 1,087.72<br>8.31 (i) | 1,096.03 | 136,603.81 |
| 4 | Capital One NA<br>c/o Beckett & Lee<br>P. O. Box 3001<br>Malvern PA 19355-0701 | 7100-000<br>UNSEC | 710 | 621.64 | 0.00 | 621.64<br>4.75 (i) | 626.39 | 135,977.42 |
| 5 | Midland Credit Management as agent for<br>Midland Funding LLC<br>P. O. Box 2011<br>Warren MI 48090 | 7100-000<br>UNSEC | 710 | 635.81 | 0.00 | 635.81<br>4.86 (i) | 640.67 | 135,336.75 |
| 6 | Midland Credit Management as agent for<br>Midland Funding LLC<br>P. O. Box 2011<br>Warren MI 48090 | 7100-000<br>UNSEC | 710 | 1,734.06 | 0.00 | 1,734.06<br>13.24 (i) | 1,747.30 | 133,589.45 |
| 7 | Midland Credit Management as agent for<br>Midland Funding LLC<br>P. O. Box 2011<br>Warren MI 48090 | 7100-000<br>UNSEC | 710 | 8,181.83 | 0.00 | 8,181.83<br>62.49 (i) | 8,244.32 | 125,345.13 |
| 8 | Portfolio Recovery Associates LLP<br>Successor to Citibank NA<br>P. O. Box 41067<br>Norfolk VA 23541 | 7100-000<br>UNSEC | 710 | 917.99 | 0.00 | 917.99<br>7.01 (i) | 925.00 | 124,420.13 |
| 9999 | Manuel Garcia<br>c/o Joshua D. Greene<br>Springer Brown LLC<br>300 South County Farm Rd Suite I<br>Wheaton IL 60187 | 8200-002<br>SURPLUS | 999 | 124,420.13 | 0.00 | 124,420.13 | 124,420.13 | 0.00 |
| UNSECURED TOTAL 100.76 %<br>INTEREST TOTAL 100.00% | | | | 138,426.45 | 0.00 | 138,426.45<br>106.98 (i) | 138,533.43 | |

| | | | | | |
|---|---|---|---|---|---|
| CASE TOTAL | 100.00% CLAIMS | | 152,078.59 | 0.00 | 152,078.59 | 152,185.57 |
| | 100.00% INTEREST | | | | | 106.98 (i) |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from 04/22/15 through 08/15/18 at a rate of 0.23 % (annualized simple interest).

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:  15-14313
Case Name:  GARCIA, MANUEL A
   GARCIA, ANGIE M
Trustee Name:  Elizabeth C Berg

| | Balance on Hand | | $152,185.57 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 3,526.54 | $ 0.00 | $ 3,526.54 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 9.00 | $ 0.00 | $ 9.00 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 10,080.00 | $ 0.00 | $ 10,080.00 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd. | $ 36.60 | $ 0.00 | $ 36.60 |
| Total to be paid for chapter 7 administrative expenses | | | $ 13,652.14 |
| Remaining Balance | | | $ 138,533.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,006.32 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP | $ 444.15 | $ 0.00 | $ 444.15 |
| 2 | Capital One Bank | $ 383.12 | $ 0.00 | $ 383.12 |
| 3 | Capital One Bank | $ 1,087.72 | $ 0.00 | $ 1,087.72 |
| 4 | Capital One NA | $ 621.64 | $ 0.00 | $ 621.64 |
| 5 | Midland Credit Management as agent | $ 635.81 | $ 0.00 | $ 635.81 |
| 6 | Midland Credit Management as agent | $ 1,734.06 | $ 0.00 | $ 1,734.06 |
| 7 | Midland Credit Management as agent | $ 8,181.83 | $ 0.00 | $ 8,181.83 |
| 8 | Portfolio Recovery Associates LLP | $ 917.99 | $ 0.00 | $ 917.99 |
| Total to be paid to timely general unsecured creditors | | | | $ 14,006.32 |
| Remaining Balance | | | | $ 124,527.11 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.23% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $106.98. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest

The amount of surplus returned to the debtor after payment of all claims and interest is $124,420.13.