UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
GARCIA, MANUEL A § Case No. 15-14313
GARCIA, ANGIE M §
　　　　　　　　Debtor(s) §
 §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $19,700.00 (Without deducting any secured claims) | Assets Exempt: $2,900.00 |
| Total Distributions to Claimants: $14,113.30 | Claims Discharged Without Payment: $30,511.88 |
| Total Expenses of Administration: $13,652.14 | |

　　　3) Total gross receipts of $152,185.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $124,420.13 (see **Exhibit 2**), yielded net receipts of $27,765.44 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $19,400.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $13,652.14 | $13,652.14 | $13,652.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $44,121.52 | $14,006.32 | $14,006.32 | $14,113.30 |
| **TOTAL DISBURSEMENTS** | $63,521.52 | $27,658.46 | $27,658.46 | $27,765.44 |

4) This case was originally filed under chapter 7 on 04/22/2015. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 09/19/2018                           By : /s/ Elizabeth C Berg
                                                  Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Potential interest in proceeds of wrongful death lawsuit filed on behalf | 1249-000 | $152,185.57 |
| **TOTAL GROSS RECEIPTS** | | $152,185.57 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Manuel Garcia | Disb of 100.00% to Claim #9999 | 8200-002 | $124,420.13 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $124,420.13 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Motor Credit | | $19,400.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $19,400.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $3,526.54 | $3,526.54 | $3,526.54 |
| Baldi Berg, Ltd. | 3110-000 | NA | $10,080.00 | $10,080.00 | $10,080.00 |
| Baldi Berg, Ltd. | 3120-000 | NA | $36.60 | $36.60 | $36.60 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $9.00 | $9.00 | $9.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $13,652.14 | $13,652.14 | $13,652.14 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Portfolio Recovery Associates | 7100-000 | $918.00 | $917.99 | $917.99 | $917.99 |
| 8 | Portfolio Recovery Associates | 7990-000 | $0.00 | NA | NA | $7.01 |
| 7 | Midland Credit Management as | 7100-000 | $8,182.00 | $8,181.83 | $8,181.83 | $8,181.83 |
| 7 | Midland Credit Management as | 7990-000 | $0.00 | NA | NA | $62.49 |
| 6 | Midland Credit Management as | 7100-000 | $636.00 | $1,734.06 | $1,734.06 | $1,734.06 |
| 6 | Midland Credit Management as | 7990-000 | $0.00 | NA | NA | $13.24 |
| 5 | Midland Credit Management as | 7100-000 | $635.00 | $635.81 | $635.81 | $635.81 |
| 5 | Midland Credit Management as | 7990-000 | $0.00 | NA | NA | $4.86 |
| 4 | Capital One NA | 7100-000 | $621.64 | $621.64 | $621.64 | $621.64 |
| 4 | Capital One NA | 7990-000 | $0.00 | NA | NA | $4.75 |
| 3 | Capital One Bank | 7100-000 | $1,470.00 | $1,087.72 | $1,087.72 | $1,087.72 |
| 3 | Capital One Bank | 7990-000 | $0.00 | NA | NA | $8.31 |
| 2 | Capital One Bank | 7100-000 | $703.00 | $383.12 | $383.12 | $383.12 |
| 2 | Capital One Bank | 7990-000 | $0.00 | NA | NA | $2.93 |
| 1 | American InfoSource LP | 7100-000 | $444.00 | $444.15 | $444.15 | $444.15 |
| 1 | American InfoSource LP | 7990-000 | $0.00 | NA | NA | $3.39 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cadence Health | | $1,023.00 | NA | NA | $0.00 |
| | Central DuPage Hospital | | $840.00 | NA | NA | $0.00 |
| | Central DuPage Physicians Group | | $582.00 | NA | NA | $0.00 |
| | Columbia House DVD | | $100.00 | NA | NA | $0.00 |
| | Credit One Bank NA | | $650.00 | NA | NA | $0.00 |
| | Delnor Community Hospital | | $5,460.50 | NA | NA | $0.00 |
| | Ford Credit | | $19,046.00 | NA | NA | $0.00 |
| | Providan Bank | | $1,286.00 | NA | NA | $0.00 |
| | Providian Bank | | $1,258.38 | NA | NA | $0.00 |
| | Tri City Radiology | | $266.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $44,121.52 | $14,006.32 | $14,006.32 | $14,113.30 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-14313 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GARCIA, MANUEL A | | | Date Filed (f) or Converted (c): | 04/22/2015 (f) |
| | GARCIA, ANGIE M | | | 341(a) Meeting Date: | 06/01/2015 |
| For Period Ending: | 09/19/2018 | | | Claims Bar Date: | 11/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  Cash | 300.00 | 0.00 | | 0.00 | FA |
| 2.  Checking account with Chase Bank ending in 9693 | 300.00 | 0.00 | | 0.00 | FA |
| 3.  Miscellaneous household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4.  2013 Ford Escape (28,000 Miles) | 20,000.00 | 0.00 | | 0.00 | FA |
| 5.  Potential interest in proceeds of wrongful death lawsuit filed on behalf of the estate of son (u) | Unknown | Unknown | | 152,185.57 | FA |
| 6.  Global Life Insurance Policy (u) | 2,699.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 25,299.00 | 0.00 | | 152,185.57 | 0.00 |

Re Prop. #5   Trustee discovered that Mr. Garcia had a claim for distribution rights as next of kin in a wrongful death action pending in Tennessee.  Debtor's right to receive a portion of the settlement proceeds is in dispute.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 12, 2018: Robin filed a counter-claim to Manuel's complaint and Manuel responded.  In May 2018, the Tennessee state court entered an agreed order whereby, among other things, Manuel was awarded gross proceeds of $152,185.57 ("Settlement Funds").  Trustee verified all outstanding claims asserted against Manuel in connection with the Tennessee state court case (i.e. court costs and Manuel's attorneys' fees) ("Non-Estate Claims").  Ultimately, Trustee determined that the Non-Estate Claims are not valid against the Estate.  Trustee recovered Settlement Funds and prepared her final report.

September 30, 2017: Debtor (Manuel Garcia) objected to Trustee's proposed settlement, motion to settle stayed and automatic stay is modified to permit Manuel and ex-spouse (Robin) to litigate the issue of Manuel's entitlement to recovery from wrongful death proceeds awarded by Tennessee trial court.  Trustee has reviewed Manuel's complaint for declaratory judgment in Tennessee state court proceeding and continues to monitor.  Robin answered Manuel's complaint.  No trial date has been set.

July 3, 2017: Plaintiff, mother of next-of-kin decedent settled wrongful death lawsuit for approximately $850,000; plaintiff disputes Debtor's right to receive portion of settlement proceeds and offered to settle with Trustee for 100% of all bankruptcy claims; Trustee has filed motion to approve settlement and anticipates Debtor will object and seek permission to litigate extent of his interest in TN

October 6, 2016:  Trustee continues to monitor wrongful death action pending in Tennessee.  Jury trial is scheduled for May 2017.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 15-14313 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: GARCIA, MANUEL A | | Date Filed (f) or Converted (c): 04/22/2015 (f) |
| GARCIA, ANGIE M | | 341(a) Meeting Date: 06/01/2015 |
| For Period Ending: 09/19/2018 | | Claims Bar Date: 11/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**July 5, 2016:** Trustee continues to monitor wrongful death action.

**October 9, 2015:** Following the creditors' meeting, the Trustee investigated Mr. Garcia's claim for survivor benefits in the wrongful death claim of Debtor's son which is pending in Tennessee as a result of an automobile accident ("Wrongful Death Claim"). Trustee asserted the Estate's interest in the Debtor's right as next of kin in the Wrongful Death Claim; Trustee consults with counsel for the wrongful death representative and is monitoring the Tennessee case.

**Initial Projected Date of Final Report(TFR):** 12/31/2017      **Current Projected Date of Final Report(TFR):** 12/31/2018

**Trustee's Signature**   /s/Elizabeth C Berg     **Date:** 09/19/2018
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-14313 | | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | GARCIA, MANUEL A | | | Bank Name: | Texas Capital Bank |
| | GARCIA, ANGIE M | | | Account Number/CD#: | ******5393 Checking Account |
| Taxpayer ID No: | **-***0288 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/19/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/12/2018 | [5] | Richard R. Rooker, Circuit Court Clerk<br>1 Public Square, Room 302<br>PO Box 196303<br>Nashville, TN 37219 | Proceeds from Survivor's Benefit from Wrongful Death Lawsuit - In re: Garcia, Manuel Jr. 17C2044 (TN) | 1249-000 | 152,185.57 | | 152,185.57 |
| 07/25/2018 | 51001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Final Compensation | 2100-000 | | 3,526.54 | 148,659.03 |
| 07/25/2018 | 51002 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee expenses | 2200-000 | | 9.00 | 148,650.03 |
| 07/25/2018 | 51003 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Trustee's attorneys' fees | 3110-000 | | 10,080.00 | 138,570.03 |
| 07/25/2018 | 51004 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Trustee's Attorneys' Expenses | 3120-000 | | 36.60 | 138,533.43 |
| 07/25/2018 | 51005 | American InfoSource LP<br>as agent for TD Bank, USA<br>P. O. Box 248866<br>Oklahoma City, OK 73124-8866 | Disb of 100.76% to Claim #1 | | | 447.54 | 138,085.89 |
| | | | | 7100-000 | (444.15) | | |
| | | | Page Subtotals | | 152,185.57 | 14,099.68 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-14313 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | GARCIA, MANUEL A | Bank Name: | Texas Capital Bank |
| | GARCIA, ANGIE M | Account Number/CD#: | ******5393 Checking Account |
| Taxpayer ID No: | **-***0288 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/19/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | (3.39) | 7990-000 | | | |
| 07/25/2018 | 51006 | Capital One Bank<br>c/o American InfoSource LP<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Disb of 100.76% to Claim #2 | | | 386.05 | 137,699.84 |
| | | | (383.12) | 7100-000 | | | |
| | | | (2.93) | 7990-000 | | | |
| 07/25/2018 | 51007 | Capital One Bank<br>P. O. Box 71083<br>Charlotte, NC 28272-1083 | Disb of 100.76% to Claim #3 | | | 1,096.03 | 136,603.81 |
| | | | (1,087.72) | 7100-000 | | | |
| | | | (8.31) | 7990-000 | | | |
| 07/25/2018 | 51008 | Capital One NA<br>c/o Beckett & Lee<br>P. O. Box 3001<br>Malvern, PA 19355-0701 | Disb of 100.76% to Claim #4 | | | 626.39 | 135,977.42 |
| | | | (621.64) | 7100-000 | | | |
| | | | (4.75) | 7990-000 | | | |
| | | | | Page Subtotals | 0.00 | 2,556.01 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-14313 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | GARCIA, MANUEL A | | Bank Name: | Texas Capital Bank |
| | GARCIA, ANGIE M | | Account Number/CD#: | ******5393 Checking Account |
| Taxpayer ID No: | **-***0288 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/19/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/25/2018 | 51009 | Midland Credit Management as agent for Midland Funding LLC P. O. Box 2011 Warren, MI 48090 | Disb of 100.76% to Claim #5 | | | 640.67 | 135,336.75 |
| | | | (635.81) | 7100-000 | | | |
| | | | (4.86) | 7990-000 | | | |
| 07/25/2018 | 51010 | Midland Credit Management as agent for Midland Funding LLC P. O. Box 2011 Warren, MI 48090 | Disb of 100.76% to Claim #6 | | | 1,747.30 | 133,589.45 |
| | | | (1,734.06) | 7100-000 | | | |
| | | | (13.24) | 7990-000 | | | |
| 07/25/2018 | 51011 | Midland Credit Management as agent for Midland Funding LLC P. O. Box 2011 Warren, MI 48090 | Disb of 100.76% to Claim #7 | | | 8,244.32 | 125,345.13 |
| | | | (8,181.83) | 7100-000 | | | |
| | | | (62.49) | 7990-000 | | | |
| | | | | Page Subtotals | 0.00 | 10,632.29 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-14313 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | GARCIA, MANUEL A / GARCIA, ANGIE M | Bank Name: | Texas Capital Bank |
| Taxpayer ID No: | **-***0288 | Account Number/CD#: | ******5393 Checking Account |
| For Period Ending: | 9/19/2018 | Blanket bond (per case limit): | 5,000,000.00 |
|  |  | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/25/2018 | 51012 | Portfolio Recovery Associates LLP Successor to Citibank NA P. O. Box 41067 Norfolk, VA 23541 | Disb of 100.76% to Claim #8 | | | 925.00 | 124,420.13 |
| | | | (917.99) | 7100-000 | | | |
| | | | (7.01) | 7990-000 | | | |
| 07/25/2018 | 51013 | Manuel Garcia c/o Joshua D. Greene Springer Brown LLC 300 South County Farm Rd Suite I Wheaton, IL 60187 | Disb of 100.00% to Claim #9999 Debtor Refund | 8200-002 | | 124,420.13 | 0.00 |

|  |  |  | Page Subtotals | 0.00 | 125,345.13 |
| --- | --- | --- | --- | --- | --- |
|  |  | **COLUMN TOTALS** | | 152,185.57 | 152,185.57 |
|  |  | Less:Bank Transfer/CD's | | 0.00 | 0.00 |
|  |  | **SUBTOTALS** | | 152,185.57 | 152,185.57 |
|  |  | Less: Payments to Debtors | | | 124,420.13 |
|  |  | **Net** | | 152,185.57 | 27,765.44 |

| | | | **TOTAL-ALL ACCOUNTS** | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| All Accounts Gross Receipts: | 152,185.57 | | ******5393 Checking Account | 152,185.57 | 27,765.44 | |
| All Accounts Gross Disbursements: | 152,185.57 | | | | | |
| All Accounts Net: | 0.00 | | | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-14313 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | GARCIA, MANUEL A | | Bank Name: | Texas Capital Bank |
| | GARCIA, ANGIE M | | Account Number/CD#: | ******5393 Checking Account |
| Taxpayer ID No: | **-***0288 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/19/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 152,185.57 | 27,765.44 | 0.00 |